# In the United States Court of Federal Claims

No. 26-1159
(Filed: 30 October 2026)
NOT FOR PUBLICATION

| | |
|---|---|
| ANDREW PRAIRIE, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

**HOLTE, Judge.**

*Pro se* plaintiff Andrew Prairie filed a complaint in this court on 10 August 2026. *See* Compl., ECF No. 1. Plaintiff did not, however, submit this court's filing fee or a completed motion to proceed *in forma pauperis* ("IFP"). Instead, plaintiff submitted a handwritten document titled "Motion for Informa Pauperis." On 20 August 2026, the Court rejected plaintiff's 10 August 2020 document titled "Motion for Informa Pauperis" as deficient and ordered plaintiff to "either file a completed IFP application using the Court of Federal Claim[s] IFP form or pay [this court's] filing fee on or before 21 September 2026." *See* 20 Aug. 2026 Order at 3, ECF No. 6. Rule 41 of Rules of the United States Court of Federal Claims ("RCFC") provides, "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss [the action] on its own motion." As 39 days have passed since the Court's 21 September 2026 deadline and the Court has not received from plaintiff the requisite filing fees or a completed IFP application, the Court **DISMISSES** plaintiff's Complaint, ECF No. 1, for failure to prosecute. The Court **DIRECTS** the Clerk to enter judgment dismissing plaintiff's Complaint without prejudice pursuant to RCFC 41(b).[1]

**IT IS SO ORDERED.**

---

[1] Plaintiff's Complaint did not contain a street address, *see generally* Compl., but the Complaint arrived in an envelope bearing a return address matching that of the Hancock County Jail in Greenfield, Indiana. *See* Compl., Ex. 1. Plaintiff's Complaint indicated plaintiff was a current inmate at the Hancock County Jail. *See generally* Compl. All filings sent by the Court to the Hancock County Jail address listed on the Complaint's envelope were returned as not deliverable and indicating plaintiff was "no longer at this address." *See* ECF Nos. 7, 8. The Court has not received anything from plaintiff indicating an updated address. Plaintiff's failure to provide the Court with an updated address by which the Court can serve plaintiff further necessitates this case be dismissed for failure to prosecute. RCFC 41(b).

s/ Ryan T. Holte
RYAN T. HOLTE
Judge